**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROBERT ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3701** |
| **ST. TAMMANY PARISH SHERIFF'S DEPARTMENT, ET AL.** | **SECTION: "H"(3)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 7th day of November, 2017.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**